James D. Emerson, No. 042031
Ryan D. Libke, No. 193742
LAW OFFICES OF
**EMERSON, COREY, SORENSEN, CHURCH & LIBKE**
2520 WEST SHAW LANE, SUITE 102
FRESNO, CALIFORNIA 93711-2765
Telephone: (559) 432-7641
Facsimile: (559) 432-7639

Attorneys for Defendant, DNC PARKS & RESORTS AT YOSEMITE, INC. (erroneously sued herein as DELAWARE NORTH COMPANIES PARKS & RESORTS)

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LEE WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PAUL THOMPSON, DELAWARE NORTH COMPANIES PARKS & RESORTS and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 1:12-cv-02000-LJO-GSA<br><br>**STIPULATION FOR DISMISSAL AND ORDER**<br><br><br><br><br>COMPLAINT FILED: December 7, 2012 |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that Plaintiff Edward Lee Williams, may dismiss the above-entitled action, without prejudice, as against all defendants. Defendant DNC PARKS & RESORTS AT YOSEMITE, INC. (erroneously sued herein as DELAWARE NORTH COMPANIES PARKS & RESORTS) has agreed to waive all fees and costs.

　　DATE: March 11, 2013　　　　NEEDHAM KEPNER & FISH


　　　　　　　　　　　　　　　By  /s/ Jeff Rickard
　　　　　　　　　　　　　　　　　Jeff Rickard
　　　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　　　EDWARD LEE WILLIAMS

DATE:  March 11, 2013

EMERSON, COREY, SORENSEN,
CHURCH & LIBKE

By /s/ Ryan D. Libke
James D. Emerson
Ryan D. Libke
Attorney for Defendant,
DNC PARKS & RESORTS AT
YOSEMITE, INC.

**ORDER**

The Court, having considered the parties' Stipulation for Dismissal that Plaintiff Edward Lee Williams may dismiss the above-entitled action, without prejudice, as against all defendants.  The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:  **March 12, 2013**

/s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE